

ENTERED
COUNSEL/PARTIES OF RECORD

FEB 13 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HAMPTON, an individual, | 2:05-CV-824-BES-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| NUSTAR MANAGEMENT FINANCIAL GROUP, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#28) ("Recommendation") entered on January 7, 2008, in which the Magistrate Judge recommends that this Court enter an order dismissing this action for want of prosecution pursuant to Fed. R. Civ. P. 41. The Court has also considered Plaintiff's Objections to Magistrate Judge's Report and Recommendations (Doc #29) filed on January 23, 2008. Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc #30) on February 7, 2008.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#28) entered on January 7, 2008, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation,

IT IS HEREBY ORDERED that Plaintiff's Motion to Enter Discovery Plan and Scheduling Order (Doc #22) is DENIED.

IT IS FURTHER ORDERED this action be DISMISSED for want of prosecution pursuant to Fed. R. Civ. P. 41. The Clerk of the Court shall enter judgment accordingly.

DATED: This 13th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE